Before STATE INDUSTRIAL BOARD, Respondent. HATTIE PIQUET, Respondent,

v. Wesley M. Hubbard and A: other, Appellants.— Award unanimously affirmed, with costs to the State Industrial Board.